BEFORE THE SECOND DIVISION, MARCH 22, 1951

No. 55384.—(Mrs.) L. K. Evans v. United States, protest 163389–K (Seattle).

Opinion by FORD, J.   When the case was called for hearing, motion was made by the defendant to dismiss same on the ground that the protest had not been filed within the statutory time provided therefor.   An examination of the record showing that the protest was not filed within the 60-day period after liquidation, as required by section 514, the protest was dismissed.

No. 55385.—George A. Terzis v. United States, protest 165787–K (New York).

Opinion by FORD, J.   An examination of the record disclosing no reason which would justify disturbing the action of the collector, the protest was dismissed.

No. 55386.—Union Brokerage Co. v. United States, protest 665326–G (Pembina).

Opinion by FORD, J.   The protest was dismissed.

No. 55387.—Caradine Hat Co. v. United States, protest 772232–G/83408 (Chicago).

Opinion by FORD, J.   The protest was dismissed.

No. 55388.—J. E. Bernard & Co. and J. E. Bernard & Co., Inc. v. United States, protests 813373–G and 813374–G (San Francisco).

Opinion by FORD, J.   The protests were dismissed.